IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER 7:16-cv-00075-D

REBECCA HARDIN FKA REBECCA BUSH,

Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.;
PENNYMAC LOAN SERVICES, LLC;
MASS MUTUAL LIFE INS. CO. C/O
CORNERSTONE R.E. ADV; BROCK &
SCOTT PLLC; BENJAMIN A. BARCO,

Defendants.

**ORDER GRANTING
MOTION TO STAY DISCOVERY**

This matter is before the Court on PennyMac Loan Services, LLC and Massachusetts Mutual Life Insurance Company's Motion to Stay Discovery.

The Court finds that pending Motions to Dismiss raise meritorious arguments that could dispose of this case, and staying discovery until the Court can reach those arguments will conserve resources and promote efficiency. The Court further finds that a stay of discovery pending the resolution of the Motions to Dismiss would be reasonable

Therefore, the Motion to Stay Discovery is **GRANTED**. Pursuant to FED. R. CIV. P. 26(c), all discovery in this case, including the Rule 26(f) conference, is stayed pending the Court's rulings on the Motions to Dismiss.

This the __31__ day of ~~September~~ October, 2016,

_____
JAMES C. DEVER III
Chief United States District Court Judge

Case 7:16-cv-00075-D   Document 65   Filed 10/31/16   Page 1 of 1