UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA HARDIN,<br>        Plaintiff,<br><br>V.<br><br>BANK OF AMERICA, N.A.,<br>PENNYMAC LOAN SERVICES, LLC,<br>MASS MUTUAL LIFE INS. CO. c/o<br>CORNERSTONE R.E. ADV,<br>BROCK & SCOTT PLLC, and<br>BENJAMIN A. BARCO,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-75-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motions to dismiss [D.E. 22, 37, 40, 50], and DISMISSES plaintiff's amended complaint. The court DISMISSES defendants' motions to dismiss the complaint [D.E. 7, 14] as moot.

**This Judgment Filed and Entered on January 3, 2017, and Copies To:**

| | |
|---|---|
| Rebecca Hardin | (Sent to 722 Cedar Point Blvd. Suite 120 Cedar Point, NC 28584 via US Mail) |
| Nathan J. Taylor | (via CM/ECF electronic notification) |
| Baxter Chad Ewing | (via CM/ECF electronic notification) |
| W. Clark Goodman | (via CM/ECF electronic notification) |
| Jolee M. Wortham | (via CM/ECF electronic notification) |

DATE:
January 3, 2017

JULIE RICHARDS JOHNSTON, CLERK
(By) /s/ Nicole Briggeman
    Deputy Clerk